No. 495, Misc. SHUTTLESWORTH *v.* CITY OF BIRMINGHAM. Court of Appeals of Alabama. Certiorari denied. *Arthur D. Shores* and *Orzell Billingsley, Jr.* for petitioner. *Earl McBee* for respondent.

No. 497, Misc. BISNO ET UX. *v.* HYDE. C. A. 9th Cir. Certiorari denied.

No. 500, Misc. PHIFER *v.* CITY OF BIRMINGHAM. Court of Appeals of Alabama. Certiorari denied. *Arthur D. Shores* and *Orzell Billingsley, Jr.* for petitioner. *Earl McBee* for respondent.

No. 501, Misc. McLAIN *v.* CAROLINA POWER & LIGHT Co. C. A. 4th Cir. Certiorari denied. *William E. Chandler* for petitioner. *A. Y. Arledge* and *David W. Robinson* for respondent.

No. 502, Misc. HOLLEY *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 503, Misc. PLAYER *v.* STEINER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 507, Misc. HOPKINS *v.* ELLIS, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied.

No. 508, Misc. MURDAUGH *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 512, Misc. KASEY *v.* GOODWYN, WARDEN. C. A. 4th Cir. Certiorari denied. *Alfred Avins* for petitioner. *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.